EXHIBIT 8



## Pandora Unforgettable Moments of Love on Ice

| | |
|---|---|
| **LIVE SHOW LOCATION:** | ShoWare Center in Seattle, WA area |
| **LIVE SHOW & NBC TAPE DATE:** | Thursday, January 19, 2012 |
| **NBC TELECAST:** | Televised nationally on NBC on Saturday, February 4, 2012 (4:00 - 6:00pm EST) |
| **CABLE REBROADCASTS:** | Following the initial telecast on NBC, there will be two (2) national cable rebroadcasts of the show on Ovation, where one rebroadcast will take place in primetime, tentatively on Monday, February 6, 2012 from 9:00 to 11:00pm. Ovation currently reaches 43 million homes and growing, with it expected to reach about 50 million homes in February 2012. |
| **INTERNET REBROADCASTS:** | The show, in its entirety, will be posted on IceNetwork.com for download for six months following the initial telecast on NBC |
| **FORMAT:** | This love themed show features a cast of Olympic, World and National Medalists performing to love inspired music where a number of the songs will be played by Featured Guest Entertainer, Kenny G, where he will be joined on some songs by a Special Singing Guest Artist. |
| **FEATURED SKATERS:** | Two-time Olympic Gold Medalist Ekaterina Gordeeva along with her husband Olympic Gold Medalist Ilia Kulik.  Also starring Olympic Gold Medalist Oksana Baiul along with Olympic Silver Medalists Sasha Cohen and Tanith Belbin & Ben Agosto |
| **CONFIRMED GUEST ARTIST:** | Kenny G |
| **SHOW HOSTS:** | Olympic Gold Medalist Kristi Yamaguchi and Two-time Olympic Medalist Nancy Kerrigan |
| **EXECUTIVE PRODUCERS:** | Disson Skating |

# *Pandora Unforgettable Moments of Love on Ice*

## Cast List



**Ekaterina Gordeeva**
2x Olympic Gold Medalist
4x World Champion



**Ilia Kulik**
1996 Olympic Gold Medalist
World Silver Medalist



**Sasha Cohen**
2006 Olympic Silver Medalist
2006 US National Champion



**Joannie Rochette**
2010 Olympic Bronze Medalist
2009 World Silver Medalist
6x Canadian National Champion



**Oksana Baiul**
1994 Olympic Gold Medalist



**Ryan Bradley**
2011 US National Champion



**Steven Cousins**
6x British National Champion



**Tanith Belbin & Ben Agosto**
2006 Olympic Silver Medalists
2009 World Silver Medalists
5x US National Champions
2010 Olympic Team Members

*Pandora Unforgettable Moments of Love on Ice*

## Featured Guest Artist



Kenny G
Grammy Award Winner
Adult Contemporary and Smooth Jazz
Saxophonist
Sold more than 75 million albums worldwide

*Pandora Unforgettable Moments of Love on Ice*

## Show Hosts



**Kristi Yamaguchi**
1992 Olympic Gold Medalist
2x World Champion
US National Champion



**Nancy Kerrigan**
1994 Olympic Silver Medalist
1992 Olympic Bronze Medalist
1993 National Champion

EXHIBIT 9



# IMPROV-ICE

| | |
|---|---|
| Live Show Location: | Bi-Lo Center in Greenville, SC |
| Live Show & NBC Tape Date: | Thursday, December 15, 2011 |
| NBC Telecast: | Televised nationally on NBC on Sunday, January 15, 2012 (4:00 to 6:00pm EST) |
| Cable Rebroadcasts: | Following the initial telecast on NBC, there will be two (2) national rebroadcasts of the show Ovation, where one rebroadcast will take place in primetime. |
| Internet Rebroadcasts: | The show, in its entirety, will be posted on IceNetwork.com for download for six months following the initial telecast on NBC. |
| Format: | "Improv-Ice" features four top male and four top female skaters.  The skaters will each select two numbers randomly the day of the show to choreograph in a matter of hours with no coach or choreographer. Of the two numbers selected by each skater, one will be performed live by Styx. Therefore, Styx will perform a total of eleven songs in the show, eight of which will be their greatest hits (one per skater). The NBC and Ovation viewing audiences will have the opportunity to vote on the Title Sponsor's website for the skater they feel performed the most creative routines (the **"Company** (Title Sponsor) **Best Improv-Ice Skater"**) where the winner will be announced during the last show in the NBC Skating Series. |
| Suggested Featured Skaters: | Olympic Silver Medalist Sasha Cohen (2006), Olympic Silver (1992) and Bronze (1994) Medalist Nancy Kerrigan, Olympic Gold Medallist Oksana Baiul (1994), US National Champions Johnny Weir (2004, 2005, & 2006), Alissa Czisny (2009 & 2011), Ryan Bradley (2011), Jeremy Abbott (2009 & 2010), and Michael Weiss (1999, 2000, & 2003). |
| Featured Guest Entertainers: | Styx |
| Past Featured Guest Entertainers (2009/2010): | The Goo Goo Dolls (2009) and Foreigner (2010) |
| Show Hosts: | Olympic Gold Medalists Brian Boitano and Peggy Fleming |
| Executive Producer: | Disson Skating |

# IMPROV-ICE

## Suggested Cast List



**Ryan Bradley**
2011 US National Champion



**Johnny Weir**
3x US National Champion
2007 World Bronze Medalist
2006 & 2010 Olympic Team
Member



**Jeremy Abbott**
2009 & 2010 US National
Champion
2008 Grand Prix Final Champion
2010 Olympic Team Member



**Michael Weiss**
3x US National Champion
2x US Olympic Team Member



**Sasha Cohen**
2006 Olympic Silver Medalist
2006 US National Champion



**Alissa Czisny**
2009 & 2011 US National
Champion
2010 Grand Prix Final Champion



**Nancy Kerrigan**
Olympic Silver Medalist
Olympic Bronze Medalist
US National Champion



**Oksana Baiul**
1994 Olympic Gold Medalist

# IMPROV-ICE

## Featured Guest Artists



**STYX**

STYX - With more than 35 million albums sold worldwide and 16 Top 20 singles (12 Top 10 Singles), Styx has hosted more live performances in the past 10 years than all of the previous years of its career combined. These shows have included two highly coveted Super Bowl appearances along with Pollstar chart-topping tours with other rock legends including Def Leppard, Journey, Boston, REO Speedwagon and Bad Company (to name only a few), two more studio albums and no end in sight, STYX continues to conquer the planet, one venue at a time.

Spawned from a suburban Chicago basement in the early '70s, Styx would eventually transform into the virtual arena rock prototype by the late '70s and early '80s, due to a fondness for big rockers and soaring power ballads. The band has released a total of 15 albums which include some of their most popular hit songs such as "Lady" (#6, 1975), "Come Sail Away" (#8, 1977), "Babe" (#1, 1979), "The Best of Times" (#3, 1981), "Too Much Time On My Hands" (#9, 1981), and "Mr. Roboto" (#3, 1983). Other hits by the band include "Show Me the Way" (#3, 1990), "Don't Let It End" (#6, 1983) and "Renegade" (#16, 1978). Styx also is one of the few bands to have three Top 10 songs in three decades ('70s, '80s and '90s) and was the first band in history to release four consecutive triple-platinum albums.

A career-encompassing live album, Caught in the Act, was issued in 1984, before Styx went on hiatus, and the majority of its members pursued solo projects throughout the remainder of the decade.   A re-recording of their early hit, "Lady" (titled "Lady" '95"), for a Greatest Hits compilation, finally united Tommy Shaw with his former Styx bandmates, which led to a full-on reunion tour in 1996. The Styx reunion tour became a surprise sold-out success, resulting in the release of a live album/video. 1997's "Return to Paradise," while a whole new generation of rock fans were introduced to the grandiose sounds of Styx via a humorous car ad which used the track "Mr. Roboto," as well as songs used in several TV shows including South Park and Freaks & Geeks.

# IMPROV-ICE

## Show Hosts





**Brian Boitano**
1988 US Olympic Gold Medalist
6x World Professional Champion
4x US National Champion

**Peggy Fleming**
1968 Olympic Gold Medalist
3x World Champion
5x US National Champion
28 years as an on-air figure skating analyst



EXHIBIT 10

http://magic989online.com/pages/1114561.0.php?







the NBC Skating Series.

Skaters will include such names as Ryan Bradley, Johnny Weir, Jeremy Abbott, Michael Weiss, Sasha Cohen, Alissa Crisny, Nancy Kerrigan and Oksana Baiul.

Oh and did we mention that this will be taped to be televised on NBC?  Hosts will be the Infamous Brian Boitano and Peggy Fleming.  ALL to the great music of STYX PERFORMING LIVE!

And of course... we have tickets!!!  Listen to The Totally 80's Lunch with Lee Alexander all this week for your chance to win 5th, 4th, 3rd, 2nd and 1st row seats!

Tickets are now on sale at all Ticketmaster Outlets and the Bi-Lo Center Box Office!  Click Now for details.

EXHIBIT 11

http://www.wroq.com/STYX-on-Ice-/11212686





the NBC Skating Series.

Skaters will include such names as Ryan Bradley, Johnny Weir, Jeremy Abbott, Michael Weiss, Sasha Cohen, Alissa Crisiv, Nancy Kerrigan and Oksana Baiul.

Oh and did we mention that this will be taped to be televised on NBC? Hosts will be the infamous Brian Boitano and Peggy Fleming ALL to the great music of STYX PERFORMING LIVE!

And of course... we have tickets!!!!  Listen to the John Boy and Billy Show all this week for your chance to win 5th, 4th, 3rd, 2nd and 1st row seats!

Tickets go on sale this Saturday at 10am at all Ticketmaster Outlets and the Bi-Lo Center Box Office!  We'll have even more tickets available so keep your ears peeled to ROCK 101 WROQ, THEE station for the concerts!

GEICO

Contact Us | Advertise With Us | Jobs | Privacy Policy | EEO Public File | Contest Rules | Music Submission Policy | Copyright

Relica

Copyright © 2009 Entercom Greenville, LLC and InterTech Media, LLC
All Rights Reserved