UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK   13 CV 2208

|  |  |
|---|---|
| OKSANA S. BAIUL and OKSANA, LTD | Plaintiff, |
| -v- | Case No._____ |
| STEPHEN DISSON and DISSON SKATING, LLC | **Rule 7.1 Statement** |
|  | Defendant. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DISSON SKATING, LLC          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date:   4/3/2013 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** MD-4814