UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OKSANA S. BAIUL and OKSANA, LTD,

       *Plaintiffs*,

 – against –

STEPHEN DISSON and DISSON SKATING, LLC,

       *Defendants*.
-------------------------------------------------------------------X

Civil Action No. 13 civ. 2208

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
            ) ss.:
COUNTY OF NEW YORK   )

  STACY POWELL, being sworn, deposes and says:

  I am not a party to this action, am over 18 years of age and reside in East Elmhurst, New York. On April 3, 2013, I served the following: Notice of Removal, Notice of Filing of Notice of Removal, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judges Forrest and Freeman, and SDNY Electronic Case Filing Rules & Instructions. Service was made upon:

  Raymond J. Markovich, Esq., *Attorney for Plaintiff*, 351 Westbourne Drive, West Hollywood, CA 90048.

by sending a true copy of same into the custody of UNITED STATES POSTAL SERVICE for first class mail.

                       /s/ Stacy Powell
                       STACY POWELL

Sworn to before me this
3d day of April, 2013

_____
Notary Public

MATTHEW G. DEOREO
Notary Public, State of New York
No. 02DE6046082
Qualified in NEW YORK County
Commission Expires 10/06/2014