UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OKSANA S. BAIUL and OKSANA, LTD,

                              Civil Action No.: 13-cv-02208-UA

        *Plaintiffs*,

  – against –                       **NOTICE OF APPEARANCE**

STEPHEN DISSON and DISSON SKATING, LLC,

        *Defendants*.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the undersigned counsel of Tacopina, Seigel & Turano, P.C. does hereby enter his appearance on behalf of Defendants STEPHEN DISSON and DISSON SKATING, LLC.  Any and all correspondence, documents, notices and filings should be served upon the undersigned.

                            Respectfully submitted,

                             /s/ Joseph Tacopina
                            JOSEPH TACOPINA, ESQ.
                            Tacopina Seigel & Turano, P.C.
                            275 Madison Avenue, 35th Floor
                            New York, New York 10016
                            (212) 227-8877
                            jtacopina@tacopinalaw.com