UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OKSANA S. BAIUL and OKSANA, LTD,

                                              Civil Action No.
                                              1:13-cv-02208

                    *Plaintiffs*,

        – against –                           **JURY DEMAND**

STEPHEN DISSON and DISSON SKATING, LLC,

                    *Defendants*.
-----------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants STEPHEN DISSON and DISSON SKATING, LLC demand a jury trial in this action.

Dated: New York, New York
       April 4, 2013

                                          Yours, etc.,
                                          TACOPINA, SEIGEL & TURANO, P.C.

                By:       _____
                                            Matthew G. DeOreo (MD-4814)
                                            *Attorneys for Defendant Disson Skating, LLC*
                                            275 Madison Ave., Fl. 35
                                            New York, New York 10016
                                            Tel: (212) 227-8877
                                            Fax: (212) 619-1028

To:

Raymond J. Markovich, Esq.
351 Westbourne Drive
West Hollywood, CA 90048
(323) 401-8032
*Attorney for Plaintiffs*

To:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OKSANA S. BAIUL and OKSANA, LTD,

                *Plaintiffs*,

– against –

STEPHEN DISSON and DISSON SKATING, LLC,

                *Defendants*.
------------------------------------------------------------------------X

Civil Action No.
13 cv 2208

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK )

       STACY POWELL, being sworn, deposes and says:

       I am not a party to this action, am over 18 years of age and reside in East Elmhurst, New York. On April 4, 2013, I served the following: Jury Demand. Service was made upon:

       Raymond J. Markovich, Esq., *Attorney for Plaintiff*, 351 Westbourne Drive, West Hollywood, CA 90048.

by sending a true copy of same into the custody of UNITED STATES POSTAL SERVICE for first class mail.

                                                                     _____
                                                                      STACY POWELL

Sworn to before me this
4th day of April, 2013
_____
Notary Public

MATTHEW G. DEOREO
Notary Public, State of New York
No. 02DE6046082
Qualified in NEW YORK County
Commission Expires 10/06/2014