UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
BAIUL                                                                                Docket Number: 13 CV 2208 (KBF)

       -against-                                                                NOTICE OF ASSIGNMENT

DISSON
-------------------------------------------------------

The above-entitled action is:

[ ] Declined by Hon.
    As  [  ]Related/ [   ] Similar to case #:

[ ] Assigned to the Hon.
    [   ] Designated / [   ] Redesignated Hon.                    ,Magistrate Judge

[ X ] Accepted by Hon. KATHERINE B. FORREST (KBF)     as [ X ] Related/ [   ] Similar
to case #:        13 CV 2205
[ X ] Designated  [   ] Redesignated Hon. DEBRA C. FREEMAN (DCF), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

                                                               Ruby J. Krajick
                                                               Clerk of Court

Dated: 04/08/2013                                                        By:      PHYLLIS ADAMIK
                                                                         Deputy Clerk