```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 8 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OKSANA S. BAIUL, et al.,

                Plaintiffs,

       -v-

STEPHEN DISSON, et al.,

                Defendants.
------------------------------------------------------------X

13 Civ. 2208 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") promptly at **2:30 p.m., May 1, 2013**.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule.

3. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC. See Rule 4.B.

SO ORDERED:

Dated:     New York, New York
            April 8, 2013

                                          */s/ K. B. Forrest*
                                         KATHERINE B. FORREST
                                         United States District Judge