UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OKSANA S. BAIUL and OKSANA, LTD,

                        *Plaintiffs*,

      – against –

STEPHEN DISSON and DISSON SKATING, LLC,

                        *Defendants*.
------------------------------------------------------------------------X

Civil Action No.
13 cv 2208

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                   ) ss.:
COUNTY OF NEW YORK   )

      STACY POWELL, being sworn, deposes and says:

      I am not a party to this action, am over 18 years of age and reside in East Elmhurst, New York. On April 8, 2013, I served the following: Answer. Service was made upon:

      Raymond J. Markovich, Esq., *Attorney for Plaintiff*, 351 Westbourne Drive, West Hollywood, CA 90048.

by sending a true copy of same into the custody of UNITED STATES POSTAL SERVICE for first class mail.

                                                            */s/ Stacy Powell*
                                                             STACY POWELL

Sworn to before me this
8th day of April, 2013

_____
Notary Public MATTHEW G. DEOREO
Notary Public, State of New York
No. 02DE6046082
Qualified in NEW YORK County
Commission Expires 10/06/2014