AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| OKSANA S. BAIUL and OKSANA, LTD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-02208-KBF |
| STEPHEN DISSON, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OKSANA S. BAIUL and OKSANA, LTD.

Date: 04/16/2013

*Attorney's signature*

Raymond J Markovich (RM0919)
*Printed name and bar number*

351 Westbourne Drive
West Hollywood, CA 90048

*Address*

rjmarkovich@me.com
*E-mail address*

(323) 401-8032
*Telephone number*

(323) 843-9921
*FAX number*