*Raymond J. Markovich*
*Attorney At Law*

April 22, 2013									Case No.  1:13-cv-02208-KBF

United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

Re:	Pleadings

The Honorable Katherine B. Forrest:

Please find attached two courtesy copies of Plaintiff's filed pleadings to date as required by Rule 4.B.ii.3.

Sincerely,

Raymond J. Markovich, Esq. (RM0919)