USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 1 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OKSANA S. BAIUL, et al.,

                Plaintiffs,

    -v-

NBCUNIVERSAL MEDIA, LLC, et al.,

               Defendants.
------------------------------------------------------------X

13 Civ. 2205 (KBF)

ORDER

OKSANA S. BAIUL,

                Plaintiff,

    -v-

STEPHEN DISSON, et al.,

               Defendants.
------------------------------------------------------------X

13 Civ. 2208 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As discussed at the initial pretrial conference of May 1, 2013, it is hereby

ORDERED that the above captioned cases shall be coordinated for all pretrial purposes.

SO ORDERED:

Dated:    New York, New York
            May __1__, 2013

                                          KATHERINE B. FORREST
                                          United States District Judge