```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 1 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

OKSANA S. BAIUL, et al.

                Plaintiff(s),

      -v-

STEPHEN DISSON, et al.

                Defendant(s).

------------------------------------------------------------- X

1:13 Civ. 02208 (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

    The parties propose the following schedule for this matter:

1. All parties [do / **do not**] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Close of fact discovery: August 30, 2013. [within 4 months]

3. Close of expert discovery: September 24, 2013. **[25 days after the close of fact discovery]**

    The parties contemplate experts in this matter for the following subject(s): Damages and Entertainment Contracts.

4. **[For F.L.S.A. actions only]** The plaintiff(s) [do / **do not**] anticipate making a motion for conditional class certification.

    Proposed briefing schedule:
    Opening: _____
    Opp'n: _____
    Reply: _____

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

[Opening brief to be filed no later than 30 days from the date of the initial pretrial conference; full briefing to be completed within 30 days of the opening brief]

5. The parties [(do)/do not] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) Summary Judgment.

Proposed briefing schedule:   *last to file
Opening: September 24, 2013
Opp'n: October 24, 2013
Reply: November 7, 2013

[Opening brief to be filed no later than the close of expert discovery; full briefing to be completed within 52 days of the opening brief]

6. Trial [(will)/will not] be before a jury.

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.**

7. The next status conference in this matter is set for ~~August~~ 8/29/13 at 1pm.

8. All pretrial materials, including the Joint Pretrial Order ("JPTO") are due: 12/23/13.

9. The Final Pretrial Conference ("FPTC") in this matter is set for 1/6 at 10:30 am.

10. Trial in this matter shall commence on 1/7/14. Trial is anticipated to take 1 [~~days~~/weeks].

Jan. 13, 2014

SO ORDERED:

Dated: New York, New York
       5/1, 2013

_____
KATHERINE B. FORREST
United States District Judge

* Any settlement track runs parallel to this schedule.