USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 9 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OKSANA S. BAIUL,

                Plaintiff,

    -v-

NBCUNIVERSAL MEDIA, LLC, et al.,

               Defendants.
------------------------------------------------------------X

13 Civ. 2205 (KBF)

ORDER

OKSANA S. BAIUL,

                Plaintiff,

    -v-

STEPHEN DISSON, et al.,

               Defendants.
------------------------------------------------------------X

13 Civ. 2208 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    As discussed at the status conference on August 29, 2013, it is hereby

ORDERED that:

1. Plaintiff shall submit, by letter, any motions it wishes to make to amend the pleadings in the above-captioned cases by **September 6, 2013**. Plaintiff shall state in its letter motions how she meets the standard for amending pleadings under Federal Rule of Civil Procedure 15 at this late date, outline any additional time required or impact on the current schedule, and attach the proposed amended pleadings.

2. The schedule for motions for summary judgment is amended as follows:

    a. Opening briefs are due **October 24, 2013**.

    b. Opposition briefs are due **November 25, 2013**.

    c. Reply briefs are due **December 6, 2013**.

3. The parties shall appear for a status conference on **December 13, 2013 at 10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
          August 29, 2013

_____
KATHERINE B. FORREST
United States District Judge