```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 9 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OKSANA S. BAIUL,

               Plaintiff,

      -v-

NBCUNIVERSAL MEDIA, LLC, et al.,

              Defendants.
------------------------------------------------------------X

13 Civ. 2205 (KBF)

ORDER

OKSANA S. BAIUL,

               Plaintiff,

      -v-

STEPHEN DISSON, et al.,

              Defendants.
------------------------------------------------------------X

13 Civ. 2208 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      The Court has received plaintiff's motions for leave to amend the complaints in the above-captioned cases. Accordingly, it is hereby ORDERED that any party wishing to respond to these motions shall do so by **September 23, 2013**.

      SO ORDERED.

Dated:     New York, New York
             September 9, 2013

                                              _____
                                              KATHERINE B. FORREST
                                              United States District Judge