USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 4 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
OKSANA S. BAIUL and OKSANA, LTD    :   Civil Action No. 13 cv 02208-KBF
                                   :
                    Plaintiff,     :
                                   :
        -against-                  :
                                   :
STEPHEN DISSON and                 :   **MOTION FOR LEAVE**
DISSON SKATING, LLC                :   **TO AMEND COMPLAINT**
                                   :
                    Defendants     :
------------------------------------------------------X

Plaintiff, Oksana S. Baiul and Oksana, LTD ("Plaintiffs"), by their attorney, Raymond J. Markovich, Esq., hereby respectfully requests that the Court grant leave for the Plaintiff to amend their Complaint as attached hereto in the Amended Complaint.

### Rule 15

Plaintiff believes that she meets the standard for amending pleadings under Federal Rule of Civil Procedure 15 and that justice so requires the Amended Complaint in accordance with Rule 15(a)(2) for the following reasons:

1. The only changes made in such Amended Complaint are that Plaintiff has corrected the damages to match the actual damages provided to Defendants under Rule 26(a)(1).

Plaintiff believes that the above are material issues that would have require an amendment of her pleadings now, even at this late a date, in accordance with Rule 15(a)(2).

### Scheduling

The Amended Pleading should have no effect on the current schedule since the Defendants have had the actual damages provided under Rule 26(a)(1) for a couple of months already.

### Conclusion

Plaintiff respectfully requests that the Court grant leave for the Plaintiff to amend her Complaint as attached hereto in the Amended Complaint.

Dated: West Hollywood, California
September 7, 2013

_____
Raymond J. Markovich, Esq.
Attorney for Plaintiff - Oksana S. Baiul
and Oksana, LTD
351 Westbourne Drive
West Hollywood, CA 90048
(323) 401-8032

## Order

Motion for leave to amend granted on consent. The Amended Complaint is 13 CV 02208 should be filed on ECF immediately.

The Clerk shall terminate the motion at ECF No. 22.

9/24/13

K.B. Forrest
USDJ

2