UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  SEP 2 4 2013
```

OKSANA S. BAIUL,

                Plaintiff,

      -v-

NBCUNIVERSAL MEDIA, LLC, et al.,

              Defendants.

13 Civ. 2205 (KBF)

ORDER

-----------------------------------------------------------X

OKSANA S. BAIUL,

                Plaintiff,

      -v-

STEPHEN DISSON, et al.,

              Defendants.

13 Civ. 2208 (KBF)

ORDER

-----------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      The Court has received defendants' redacted submissions, dated September 23, 2013, in response to plaintiff's motions for leave to amend the complaints in the above-captioned cases. It is hereby ORDERED that defendants shall file the unredacted versions of these submissions under seal forthwith.

      SO ORDERED.

Dated:     New York, New York
            September 24, 2013

                              _____
                                KATHERINE B. FORREST
                              United States District Judge