UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| OKSANA S. BAIUL, | Civil Action No.: 13-cv-02205-KBF |
| *Plaintiff*, | |
| – against – | |
| NBC UNIVERSAL MEDIA, LLC, NBC SPORTS, NETWORK, LP, and DISSON SKATING, LLC, | ECF CASE |
| *Defendants*. | |

------------------------------------------------------------------X

| | |
|---|---|
| OKSANA S. BAIUL and OKSANA, LTD, | Civil Action No.: 13-cv-02208-KBF |
| *Plaintiffs*, | |
| – against – | |
| STEPHEN DISSON and DISSON SKATING, LLC, | ECF CASE |
| *Defendants*. | |

------------------------------------------------------------------X

## NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that upon the annexed: (a) Declaration of Matthew G. DeOreo, (b) the Declaration of Stephen Disson, (c) the Declaration of Pete Bockelman, (d) the Local Rule 56.1 Statement of STEPHEN DISSON ("Disson") and DISSON SKATING, LLC ("Disson Skating"); and (e) the accompanying Memorandum of Law, Defendants Disson and Disson Skating will move this Court, before the Honorable Katherine B. Forrest, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, N.Y. 10007, on such day when counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 56, dismissing with prejudice the (a) Complaint of Plaintiff in *Baiul v. NBC Universal Media, LLC*, No. 13-cv-02205-KBF, and

(b) the Amended Complaint of Plaintiffs in *Baiul v. Disson*, No. 13-cv-02208-KBF, filed in such actions, with such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 24, 2013

                                      Yours, etc.,
                                      TACOPINA, SEIGEL & TURANO, P.C.

By: _____
                                      Joseph Tacopina, Esq.
                                        Matthew G. DeOreo, Esq.
                                        275 Madison Ave., Fl. 35
                                        New York, New York 10016
                                        Tel: (212) 227-8877
                                        Fax: (212) 619-1028
                                        *Attorneys for Defendants Stephen Disson*
                                        *and Disson Skating, LLC*

TO:    All counsel