UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OKSANA S. BAIUL,

                                                        Civil Action No.: 13-cv-02205-KBF

                    *Plaintiffs*,


        – against –


NBC UNIVERSAL MEDIA, LLC, NBC SPORTS
NETWORK, LP, and DISSON SKATING, LLC


                            *Defendants*.

-----------------------------------------------------------------------X

OKSANA S. BAIUL and OKSANA, LTD,

                                                        Civil Action No.: 13-cv-02208-KBF

                    *Plaintiffs*,


        – against –


STEPHEN DISSON and DISSON SKATING, LLC,


                            *Defendants*.
-----------------------------------------------------------------------X
                        **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                            ) ss.:
COUNTY OF NEW YORK          )

**TARA PORTESY**, being sworn, deposes and says:

        I am not a party to this action, am over 18 years of age and reside in **Baldwin**, **New York**.

        On May 28, 2015, I served Notice of Bill of Costs on:

                        Raymond J. Markovich, Esq.
                        351 Westbourne Drive
                        West Hollywood CA 90048

Chelley E. Talbert, Esq.
NBCUniversal Media LLC
30 Rockefeller Plaza, Rm. 75-625N
New York NY 10112

by sending a true copy of same enclosed in a properly addressed wrapper, addressed as shown into the custody of the United States Postal Service for first class mail delivery prior to the latest time designated by that service such delivery.

Sworn to before me this
May 28th, 2015

_____
Notary Public

_____
TARA PORTESY

MATTHEW G. DEOREO
Notary Public, State of New York
No. 02DE6046082
Qualified in New York County
Commission Expires 01/07/2019

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of New York

OKSANA S. BAUIL & OKSANA, LTD

V.

STEPHEN DISSON and DISSON SKATING, LLC

## BILL OF COSTS

Case Number: 13-cv-02208-KBF

Judgment having been entered in the above entitled action on ___5/7/2014___ against __Oksana Bauil & Oksana, LTD__ ,
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk .................................................. Exh A | $ | 700.00 |
| Fees for service of summons and subpoena ............................. Exh B | | 132.50 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case Exh C | | 12,511.50 |
| Fees and disbursements for printing ................................. Exh D | | 349.54 |
| Fees for witnesses (itemize on page two) ............................ | | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | | 0.00 |
| Docket fees under 28 U.S.C. 1923 ................................. | | 0.00 |
| Costs as shown on Mandate of Court of Appeals ....................... Exh E | | 299.00 |
| Compensation of court-appointed experts .............................. | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | 0.00 |
| Other costs (please itemize) ..................................... Exh F | | 442.33 |
| | TOTAL $ | 14,434.87 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☑ Conventional service by first-class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: __MATTHEW G. DeOREO. ESQ.__

For: __STEPHEN DISSON and DISSON SKATING, LLC__ Date: __5/28/2015__
Name of Claiming Party

Costs are taxed in the amount of __$14,434.87__ and included in the judgment.

_____ By: _____ _____
Clerk of Court                    Deputy Clerk                    Date

**[Additional Caption]**

OKSANA S. BAUL,

      v.                                  Civil Action No. 13-cv-02205-KBF

NBC UNIVERSAL MEDIA, LLC, NBC
SPORTS NETWORK, LP, and DISSON
SKATING, LLC

# EXHIBIT A

JOSEPH TACOPINA                                    Account Ending 4-27007

**Detail Continued**

| | | Foreign Spend | Amount |
|---|---|---|---|

**MATTHEW DEOREO**
Card Ending 4-21109

| | | Foreign Spend | Amount |
|---|---|---|---|

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 04/03/13 | COURTS/USDC-NY-S 000NEW YORK   NY<br>2128050610<br>Description<br>GENERAL MERCHANDISE | | | | $350.00 |
| 04/03/13 | COURTS/USDC-NY-S 000NEW YORK   NY<br>2128050610<br>Description<br>GENERAL MERCHANDISE | | | | $350.00 |

# EXHIBIT B



**LEGAL EASE** INC.

211 East 43rd Street
Suite 2203
New York, NY 10017
212-393-9070
Fax: 888-580-4761
info@legaleaseinc.com
www.legaleaseinc.com

# Invoice

| Bill To |
|---|
| Tacopina Seigel & Turano, P.C.<br>275 Madison Avenue, 35th Fl.<br>New York, NY 10016 |

| Date |
|---|
| 8/23/2013 |

| Invoice # |
|---|
| 24278 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Oksana S. Baiul v. Zenith Media Services<br>Index No. 13cv2205 - SDNY (Serve Subp.)<br>Req. by Matthew DeOreo, Esq.<br><br>Service Charge (Zenith Media Service c/o CT Corp., NYC - Served)<br>Telephone, Transportation & Tolls<br>Copy Charge | <br><br><br><br>125.00<br>5.00<br>2.50 |

| | **Total** | $132.50 |
|---|---|---|

**9281**

Legal Ease Inc.

| Date | Type | Reference | Original Amt. | Balance Due | 9/12/2013 Discount | Payment |
|------|------|-----------|---------------|-------------|--------------------|---------|
| 8/27/2013 | Bill | | 132.50 | 132.50 | | 132.50 |
| | | | | Check Amount | | 132.50 |

Tacopina & Seigel PC

015711

132.50

# EXHIBIT C



**Ellen Grauer**
**COURT REPORTING**
Co LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE (212) 750-6434  FAX (212) 750-1097
www.ELLENGRAUER.com

Billed To: Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130317AV | 9/3/2013 | 10596HW | 7/17/2013 |
| **Case Caption** | | | |
| Oksana S. Baiul vs. NBC Universal Media, LLC | | | |
| **Case #** | | | |
| | | | |
| **Witness** | | | |
| Oksana S. Baiul | | | |
| **Payment Terms** | | | |
| Due upon receipt | | | |

| Description | Each | Quan | Total |
|---|---|---|---|
| Original + 1 Certified Deposition | $5.25 | 298 | $1,564.50 |
| Reporter's Appearance (am & pm & evening) | $225.00 | 1 | $225.00 |
| PM pages | $1.95 | 40 | $78.00 |
| Complimentary Condensed Transcript & ASCII File | $0.00 | 1 | $0.00 |
| | **Sub-Total** | | **$1,867.50** |
| | **Payments** | | **$0.00** |
| | **Total Due** | | **$1,867.50** |
| | *After 11/2/2013 Pay* | | *$2,054.25* |

Due upon receipt and is not contingent on client payment.

For billing questions, please email e_aristy@ellengrauer.com or call 877.727.4230

Federal Tax Id #: 42-1650856

---

*Please detach bottom portion and return with payment.*

Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

| Job No. | 10596HW | Case No. | |
|---|---|---|---|
| Case Name | Oksana S. Baiul vs. NBC Universal Media, LLC | | |
| Invoice No. | 20130317AV | Invoice Date | 9/3/2013 |
| Total Due | $1,867.50 | *After 11/2/2013 Pay* | *$2,054.25* |

**PAYMENT WITH CREDIT CARD**   VISA  Master

Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Ellen Grauer Court Reporting**
           **126 East 56th Street, Fifth Floor**
           **New York, New York 10022**



*Ellen Grauer*
## COURT REPORTING
Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

Billed To: Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130457AV | 9/16/2013 | 10887HW | 8/13/2013 |
| **Case Caption** | | | |
| Oksana S. Baiul vs. NBC Universal Media, LLC | | | |
| **Case #** | | | |
| | | | |
| **Witness** | | | |
| Oksana S. Baiul | | | |
| **Payment Terms** | | | |
| Due upon receipt | | | |

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition | 286 | $1,501.50 |
| PM pages | 62 | $120.90 |
| Reporter's Appearance (am & pm & evening) | 1 | $225.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| | Sub-Total | $1,847.40 |
| | Payments | $0.00 |
| | Total Due | $1,847.40 |
| | *After 11/15/2013 Pay* | *$2,032.14* |

Due upon receipt and is not contingent on client payment.

For billing questions, please email e_aristy@ellengrauer.com or call 877.727.4230

Federal Tax Id #: 42-1650856

---

*Please detach bottom portion and return with payment.*

Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

| | | | |
|---|---|---|---|
| Job No. | 10887HW | Case No. | |
| Case Name | Oksana S. Baiul vs. NBC Universal Media, LLC | | |
| Invoice No. | 20130457AV | Invoice Date | 9/16/2013 |
| **Total Due** | **$1,847.40** | *After 11/15/2013 Pay* | *$2,032.14* |

### PAYMENT WITH CREDIT CARD   VISA  MasterCard

Card Holder's Name _____

VISA/MasterCard #: _____

Exp. Date: _____   Phone #: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Ellen Grauer Court Reporting**
**126 East 56th Street, Fifth Floor**
**New York, New York 10022**



*Ellen Grauer*
**COURT REPORTING**
co LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE (212) 750-6434  FAX (212) 750-1097
www.ELLENGRAUER.com

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130464AV | 9/16/2013 | 10888HW | 8/15/2013 |
| **Case Caption** | | | |
| Oksana S. Baiul vs. NBC Universal Media, LLC | | | |
| **Case #** | | | |
| | | | |
| **Witness** | | | |
| Teresa Guy & Steven Martin | | | |
| **Payment Terms** | | | |
| Due upon receipt | | | |

Billed To: Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition(Guy) | 81 | $425.25 |
| Original + 1 Certified Deposition(Martin) | 139 | $729.75 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| | Sub-Total | $1,305.00 |
| | Payments | $0.00 |
| | Total Due | $1,305.00 |
| | *After 11/15/2013 Pay* | *$1,435.50* |

Due upon receipt and is not contingent on client payment.

For billing questions, please email e_aristy@ellengrauer.com or call 877.727.4230

Federal Tax Id #: 42-1650856

---

*Please detach bottom portion and return with payment.*

Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

| | | |
|---|---|---|
| Job No. | 10888HW | Case No. |
| Case Name | Oksana S. Baiul vs. NBC Universal Media, LLC | |
| Invoice No. | 20130464AV | Invoice Date | 9/16/2013 |
| **Total Due** | **$1,305.00** | *After 11/15/2013 Pay* | *$1,435.50* |

### PAYMENT WITH CREDIT CARD   VISA

Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Ellen Grauer Court Reporting**
**126 East 56th Street, Fifth Floor**
**New York, New York 10022**

9331

Ellen Grauer Court Reporting

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 9/27/2013 | Bill | | 5,019.90 | 5,019.90 | | 5,019.90 |

10/10/2013

Check Amount

5,019.90

Tacopina & Seigel PC    Inv. Nos. 20130457AV, 20130464AV & 2013031

015711

5,019.90

# Jay Deitz And Associates, Ltd.

### 3255 Lawson Boulevard
### Oceanside, NY 11572
### Phone 516-678-0700    FAX 516-678-4488      Fed. I.D. #11-3129149

**TO:**   TACOPINA, SEIGEL & TURANO, P.C.
275 MADISON AVE.

Date: 9/30/2013

NEW YORK, NY 10016

new # 212-227-8877.

**Phone:** 212-883-8833

**FAX:**

# STATEMENT

| Invoice Number | Invoice Date | Caption | Date Taken: | Invoice Amount | Paid Amount | Balance Due |
|---|---|---|---|---|---|---|
| 369281 | 9/9/2013 | OKASANA BAIUL V. NBC | 8/27/2013 | $631.70 | $0.00 | $631.70 |
| 369379 | 9/10/2013 | OKSANA BAIUL VS NBC | 8/28/2013 | $391.45 | $0.00 | $391.45 |
| | | | **Balance Due** | | | **$1,023.15** |

| Current Within 30 Days | 30 Days Over Due | 60 Days Over Due | 90 Days Over Due | 120 Days Over Due | 150 Days Over Due |
|---|---|---|---|---|---|
| $1,023.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Jay Deitz and Associates Ltd

Date       Type    Reference
10/7/2013  Bill

Original Amt.           Balance Due
1,023.15                1,023.15

10/7/2013
Discount

Check Amount

9318

Payment
1,023.15
1,023.15

Tacopina & Seigel PC

015711

1,023.15



*Ellen Grauer*
COURT REPORTING Co. LLC.

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE (212) 750-6434  FAX (212) 750-1097
www.ELLENGRAUER.com

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130641AV | 9/24/2013 | 11097HW | 8/30/2013 |
| **Case Caption** | | | |
| Oksana S. Baiul vs. NBC Universal Media, LLC | | | |
| **Case #** | | | |
| | | | |
| **Witness** | | | |
| Carlo Farina | | | |
| **Payment Terms** | | | |
| Due upon receipt | | | |

Billed To: Matt  DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition | 238 | $1,249.50 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| | Sub-Total | $1,399.50 |
| | Payments | $0.00 |
| | Total Due | $1,399.50 |
| | *After 11/23/2013 Pay* | *$1,539.45* |

Due upon receipt and is not contingent on client payment.

For billing questions, please email e_aristy@ellengrauer.com or call 877.727.4230

Federal Tax Id #: 42-1650856



**9360**

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| Ellen Grauer Court Reporting | | | | | | |
| 10/22/2013 | Bill | | 1,399.50 | 1,399.50 | 10/28/2013 | 1,399.50 |

Check Amount

1,399.50

Tacopina & Seigel PC   Inv No. 20130641AV

1,399.50

**Tara Portesy**

| | |
|---|---|
| **From:** | Matthew DeOreo |
| **Sent:** | Thursday, January 16, 2014 5:59 PM |
| **To:** | Tara Portesy |
| **Subject:** | FW: Ellen Grauer Court Reporting Co., LLC Customer Receipt/Purchase Confirmation |

Matthew DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, FL 35
New York, New York 10016
Tel: 212.227.8877
Fax: 212.619.1028
mdeoreo@tacopinalaw.com
www.tacopinalaw.com

**From:** Jady Ortega [mailto:j_ortega@ellengrauer.com]
**Sent:** Thursday, January 16, 2014 5:53 PM
**To:** Matthew DeOreo
**Subject:** Ellen Grauer Court Reporting Co., LLC Customer Receipt/Purchase Confirmation

Thank you for your online purchase from Ellen Grauer Court Reporting. Please find your receipt below documenting your credit card transaction:

## Thank you for your order!

**Order Information**

| | |
|---|---|
| Merchant: | Ellen Grauer Court Reporting Co., LLC |
| Description: | 10/9/2013 10:00:00 AM,   Carlo Farina, Oksana S. Baiul vs. NBC Universal Media, LLC |

Invoice Number: 20130915AV

| **Billing Information** | **Shipping Information** |
|---|---|
| Joseph Tacopina | |
| mdeoreo@tacopinalaw.com | |

**Total:  US $4411.20**

**Visa**

| | |
|---|---|
| Date/Time: | 16-Jan-2014 17:52:50 EST |
| Transaction ID: | 5858369887 |

If you have any questions or concerns about this receipt please call our office at 212-750-6434 Thank you for your business

1

## Tara Portesy

| | |
|---|---|
| **From:** | Matthew DeOreo |
| **Sent:** | Thursday, January 16, 2014 5:58 PM |
| **To:** | Tara Portesy |
| **Subject:** | FW: Ellen Grauer Court Reporting Co., LLC Customer Receipt/Purchase Confirmation |

Matthew DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, FL 35
New York, New York 10016
Tel: 212.227.8877
Fax: 212.619.1028
mdeoreo@tacopinalaw.com
www.tacopinalaw.com

**From:** Jady Ortega [mailto:j_ortega@ellengrauer.com]
**Sent:** Thursday, January 16, 2014 5:56 PM
**To:** Matthew DeOreo
**Subject:** Ellen Grauer Court Reporting Co., LLC Customer Receipt/Purchase Confirmation

Thank you for your online purchase from Ellen Grauer Court Reporting. Please find your receipt below documenting your credit card transaction:

## Thank you for your order!

**Order Information**

| | |
|---|---|
| Merchant: | Ellen Grauer Court Reporting Co., LLC |
| Description: | 8/29/2013 10:00:00 AM,   Carlo Farina, Oksana S. Baiul vs. NBC Universal Media, LLC |

Invoice Number: 20130637AV

| **Billing Information** | **Shipping Information** |
|---|---|
| Joseph Tacopina | |
| mdeoreo@tacopinalaw.com | |

**Total:  US $657.75**

**Visa**

| | |
|---|---|
| Date/Time: | 16-Jan-2014 17:55:59 EST |
| Transaction ID: | 5858377428 |

If you have any questions or concerns about this receipt please call our office at 212-750-6434 Thank you for your business

1



**CHASE ○**
*freedom*

Manage your account online:
www.chase.com/creditcards

Customer Service:
1-800-945-2000

Mobile: Visit chase.com
on your mobile browser

### ACCOUNT ACTIVITY                    (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/18 | ELLEN GRAUER COURT REP 212-750-6434 NY   DISSON   COURT cts | 4,411.20 |
| 01/18 | ELLEN GRAUER COURT REP 212-750-6434 NY   DISSON   COURT cts | 657.75 |

# EXHIBIT D



**√ vdiscovery**

10 East 39th Street, New York, NY 10016

Remit Payment to:

*vdiscovery*
PO Box 30953
New York, NY 10087-0953
Billing inquiries: (212) 220-6127
Client Services: (212) 220-6111

## INVOICE: V77261

## DATE: 10/23/2013

**BILL TO:**

Tacopina Seigel & Turano, PC (4853)
Matthew DeOreo
275 Madison Avenue
Fl 35
New York, NY  10016

**SHIP TO:**

Tacopina Seigel & Turano, PC
Stacy
275 Madison Avenue
Fl 35
New York, NY  10016

| Purchase Order | Customer Service | Account Rep | Ordered By | Order Date | Phone | Signed By |
|---|---|---|---|---|---|---|
| 2013.22.10 | | AMBER RICHARDS | Stacy | 10/22/2013 | (212) 227-8877 | 10/22/2013 |

| Line Item Detail | Line Total |
|---|---|
| Litigation Copying: 2 Copies of 1 Unit. | $207.05 |
| B&W: 1778 @ $0.100 Per Copy = $177.80. Stock Tabs: 117 @ $0.25 Per Tab = $29.25. | |
| 3 Ring Binder Binds, 5 Inch Black Ring Binders, No Spine Insert, No Cover Insert @ $23.00 Per Bind. | $69.00 |
| Assembly: 1 Hours @ $45.00 Per Hour. Hand Collating. | $45.00 |

| | |
|---|---|
| SUBTOTAL: | $321.05 |
| SALES TAX: | $28.49 |
| **TOTAL:** | **$349.54** |

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment.*

**Payment Terms Are Net 30.**
**Payment By Credit Card Accepted.**





9410

Payment
349.54
349.54

11/22/2013
Discount

Check Amount

Balance Due
349.54

Original Amt.
349.54

349.54

vdiscovery
Date        Type    Reference
11/13/2013  Bill

Tacopina & Seigel PC   Inv. v77261

015711

# EXHIBIT E

N.Y.S.D. Case #
13-cv-2208(KBF)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand and fifteen.

Oksana S. Baiul, Oksana, Ltd.,

    Plaintiffs-Appellants,

v.

Stephen Disson, Disson Skating, LLC,

    Defendants-Appellees.

**STATEMENT OF COSTS**

Docket No. 14-1741

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:** _____
**DATE FILED:** May 28, 2015

IT IS HEREBY ORDERED that costs are taxed in the amount of $299.00 in favor of the Defendants-Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

**A True Copy**
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/28/2015

# EXHIBIT F

| Date | Vendor | Amount |
|---|---|---|
| 4/3/2013 | Westlaw CLEAR search | 15.00 |
| 4/27/2013 | FEDEX | 24.19 |
| 5/4/2013 | FEDEX | 18.63 |
| 5/5/2013 | FEDEX | 35.01 |
| 5/9/2013 | FEDEX | 18.29 |
| 5/11/2013 | FEDEX | 46.39 |
| 7/3/2013 | FEDEX | 17.96 |
| 7/3/2013 | FEDEX | 33.76 |
| 7/3/2013 | FEDEX | 17.96 |
| 7/4/2013 | FEDEX | 17.96 |
| 7/4/2013 | FEDEX | 31.99 |
| 7/6/2013 | FEDEX | 17.96 |
| 7/6/2013 | FEDEX | 33.76 |
| 7/14/2013 | FEDEX | 17.96 |
| 7/14/2013 | FEDEX | 33.76 |
| 8/5/2013 | FEDEX | 31.99 |
| 8/5/2013 | FEDEX | 17.96 |
| 10/7/2013 | Avante Messenger | 11.80 |
| | | |
| | TOTAL: | $ 442.33 |

| Usage Type Desc | Account # Name | Contact ID | Reference | Day | Description | Transaction | Standard Charge |
|---|---|---|---|---|---|---|---|
| Transaction - Search | 1E+09 DEOREO,M 11563277 DISSON | | | 4/3/2013 | BUSINESS S | 1 | 4.5 |
| Transaction - Search | 1E+09 DEOREO,M 11563277 DISSON | | | 4/3/2013 | NPI SEARCH | 2 | 2 |
| Transaction - Search | 1E+09 DEOREO,M 11563277 DISSON | | | 4/3/2013 | PERSON SE | 1 | 5 |
| Transaction - Search | 1E+09 DEOREO,M 11563277 DISSON | | | 4/3/2013 | WEB ANAL | 2 | 3.5 |
| Totals for Day | 1E+09 DEOREO,M 11563277 DISSON | | | 4/3/2013 | | 6 | 15 |
| Totals for Reference | 1E+09 DEOREO,M 11563277 DISSON | | | | | 6 | 15 |

JOSEPH TACOPINA                          Account Ending 4-27007

**Detail Continued**   *Indicates posting date

|  |  | Foreign Spend | Amount |
|---|---|---|---|

| 04/27/13 | FEDEX# 799606336009 1-800-622-1147 | | $24.19 |
| | 1-800-622-1147 | | |
| | TO: United States Courthouse NY | | |
| | FROM: - - - 10016 | | |
| | 001 Priority 2LB AWB799606336009 | | |
| | FedEx #1-800-622-1147 | | |

*Disson.*          *Post*

| 05/04/13 | FEDEX# 799662947035 1-800-622-1147 | | $18.63 |
| | 1-800-622-1147 | | |
| | TO: NBC Universal Media LLC NY | | |
| | FROM: - - - 10016 | | |
| | 001 Priority 1LB AWB799662947035 | | |
| | FedEx #1-800-622-1147 | | |

*Disson*          *Pos*

Continued on next page

 **Business Platinum Card®**
LAW OFC OF JTACOPINA
JOSEPH TACOPINA
Closing Date 05/16/13

 **OPEN** SM

p. 15/2?

Account Ending 4-27007

| **Detail Continued**   ᵇIndicates posting date | | Foreign Spend | Amount |
| --- | --- | --- | --- |

05/05/13   FEDEX# 799662908807 1-800-622-1147                                                              $35.01
           1-800-622-1147
           TO: Raymond J. Markovich, Esq. CA
           FROM: - – 10016                          *Disson*                  *Post*
           001 Priority 1LB AWB799662908807
           FedEx #1-800-622-1147

05/09/13   FEDEX# 799700897064 1-800-622-1147                                                              $18.29
           1-800-622-1147
           TO: NBCUniversal Media LLC NY
           FROM: - - - 10016                        *Disson*                  *Post*
           001 Priority 1LB AWB799700897064
           FedEx #1-800-622-1147

05/11/13   FEDEX# 799700913513 1-800-622-1147                                                              $46.39
           1-800-622-1147
           TO: Raymond J. Markovich, Esq. CA
           FROM: - – 10016                          *Disson*     *Post*
           001 Priority 1LB AWB799700913513
           FedEx #1-800-622-1147

Continued on reverse



**Business Platinum Card®**
LAW OFC OF JTACOPINA
JOSEPH TACOPINA
Closing Date 07/16/13

**OPEN** ℠

p. 11/25

Account Ending 4-28005

---

| **Detail Continued**   *Indicates posting date | Amount |
| --- | --- |

| | |
| --- | --- |
| 07/03/13 | FEDEX# 796132752217 1-800-622-1147<br>1-800-622-1147<br>TO: United States District Court NY<br>FROM: --- 10016<br>001 Priority 1LB AWB796132752217<br>FedEx #1-800-622-1147 | $17.96 |
| 07/03/13 | FEDEX# 796136628730 1-800-622-1147<br>1-800-622-1147<br>TO: Raymond Markovich, Esq. CA<br>FROM: -- 10016<br>001 Priority 1LB AWB796136628730<br>FedEx #1-800-622-1147 | $33.76 |
| 07/03/13 | FEDEX# 796136658527 1-800-622-1147<br>1-800-622-1147<br>TO: NBC Universal Media LLC NY<br>FROM: --- 10016<br>001 Priority 1LB AWB796136658527<br>FedEx #1-800-622-1147 | $17.96 |
| | MEDICAL/HEALTH SERV | |
| 07/04/13 | FEDEX# 796148405407 1-800-622-1147<br>1-800-622-1147<br>TO: NBCUniversal Media LLC NY<br>FROM: --- 10016<br>001 Priority 1LB AWB796148405407<br>FedEx #1-800-622-1147 | $17.96 |
| 07/04/13 | FEDEX# 796148385467 1-800-622-1147<br>1-800-622-1147<br>TO: Raymond J. Markovich, Esq. CA<br>FROM: --- 10016<br>001 Standard 1LB AWB796148385467<br>FedEx #1-800-622-1147 | $31.99 |
| 07/06/13 | FEDEX# 796158003838 1-800-622-1147<br>1-800-622-1147<br>TO: NBC Universal Media LLC NY<br>FROM: --- 10016<br>001 Priority 1LB AWB796158003838<br>FedEx #1-800-622-1147 | $17.96 |
| 07/06/13 | FEDEX# 796157994852 1-800-622-1147<br>1-800-622-1147<br>TO: Raymond Markovich, Esq. CA<br>FROM: -- 10016<br>001 Priority 1LB AWB796157994852<br>FedEx #1-800-622-1147 | $33.76 |

Continued on reverse

JOSEPH TACOPINA                          Account Ending 4-28005

| Detail Continued | *Indicates posting date | |
|---|---|---|
| | | Amount |



| 07/14/13 | FEDEX# 796211141549 1-800-622-1147 | $17.96 |
|---|---|---|
| | 1-800-622-1147 | |
| | TO: NBC Universal Media LLC NY | |
| | FROM: - -- 10016 | |
| | 001 Priority 1LB AWB796211141549 | |
| | FedEx #1-800-622-1147 | |

Disson   Post

| 07/14/13 | FEDEX# 796211161253 1-800-622-1147 | $33.76 |
|---|---|---|
| | 1-800-622-1147 | |
| | TO: Raymond Markovich, Esq. CA | |
| | FROM: - -- 10016 | |
| | 001 Priority 1LB AWB796211161253 | |
| | FedEx #1-800-622-1147 | |

Disson   Post



Continued on next page

JOSEPH TACOPINA                    Account Ending 4-28005                    p. 16/29

| Detail Continued | *Indicates posting date |
|---|---|

Amount

FedEx #1-800-622-1147

| 08/05/13 | FEDEX# 796360393417 1-800-622-1147 | $31.99 |
|---|---|---|
|  | 1-800-622-1147 |  |
|  | TO: Raymond Markovich, Esq. CA |  |
|  | FROM: - – 10016 |  |
|  | 001 Standard 1LB AWB796360393417 |  |
|  | FedEx #1-800-622-1147 |  |

| 08/05/13 | FEDEX# 796360254277 1-800-622-1147 | $17.96 |
|---|---|---|
|  | 1-800-622-1147 |  |
|  | TO: NBC Universal Media LLC NY |  |
|  | FROM. - – 10016 |  |
|  | 001 Priority 1LB AWB796360254277 |  |
|  | FedEx #1-800-622-1147 |  |



Continued on next page

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | Total |
|------|----------------------|--------|-----------------|-------------|--------------------|-------|
| 09/24/13. | 223.092413 STACY | JOSEPH TACOPINA PC 275 Madison Ave 35 fl New York, NY 10016-1101 Pcs:1 Wt:1.00 | US DISTRICT COURT 500 Pearl St New York, NY 10007-1316 STAMPED 11:39 | $11.80 01 Foot Reg foot Sc:25220 | | $11.80 Pd: $0.00 |

Avant Msgr
Service

9/24/13
500 Pearl

Disson
Conf# 922-924

| | |
|---|---|
| Invoice No. | 30035-3461 |
| Acct. No. | 30035 |
| Period Ending | 9/30/2013 |
| Page | 1 |

Avant Business Services
P.O. Box 5952
Grand Central Station
New York, NY 10163-5952
212 687-5145

| | |
|---|---|
| Late Fees | $0.00 |
| Invoice Total | $11.80 |

**Please refer to your original credit application for liabilities limits. Any claims must be made in writing within 30 days of invoice date**

Avant Business Services

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/7/2013 | Bill | | 11.80 | 11.80 | | 11.80 |

10/10/2013

Check Amount

9330

11.80

Tacopina & Seigel PC

015711

11.80