≈AO 133    (Rev. 8/06) Bill of Costs

```
                              USDC SDNY
                              DOCUMENT
                              ELECTRONICALLY FILED
                              DOC #: _____
                              DATE FILED: 6/16/2015
```

# UNITED STATES DISTRICT COURT

Southern District of New York

OKSANA S. BAIUL and OKSANA, LTD,

V.

STEPHEN DISSON and DISSON SKATING

**BILL OF COSTS**

Case Number: 13-cv-02208-KBF

Judgment having been entered in the above entitled action on **5/7/2014** against **OKSANA BAIUL**,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 350.00 ✓ |
| Fees for service of summons and subpoena | 0.00 |
| DEPOSITION TRANSCRIPT ORIGINAL & 1 COPY ALLOWABLE<br>Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | ~~6,255.75~~ 5,880.76 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals ALRED v TOYOTA, N DIST. COURT #74 | ~~299.00~~ 0 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
| TOTAL | $ ~~6,904.75~~<br>$ 6,230.75 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service by e-mail as set forth below and/or.

☑ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: MATTHEW G. DEOREO, ESQ.

For: STEPHEN DISSON and DISSON SKATING, LLC       Date: 6/2/2015

Name of Claiming Party

Costs are taxed in the amount of ~~$6,904.75~~ **$6,230.75** and included in the judgment.

RUBY J. KRAJICK      By: _____      6/16/2015
Clerk of Court            Deputy Clerk                Date

JOSEPH TACOPINA                                    Account Ending 4-27007

**Detail Continued**

|  |  | Foreign Spend | Amount |
|---|---|---|---|

### MATTHEW DEOREO
Card Ending 4-21109

|  |  | Foreign Spend | Amount |
|---|---|---|---|
| 04/03/13 | COURTS/USDC-NY-S 000NEW YORK   NY<br>2128050610<br>Description<br>GENERAL MERCHANDISE | Dixon  at costs | $350.00 |
| 04/03/13 | COURTS/USDC-NY-S 000NEW YORK   NY<br>2128050610<br>Description<br>GENERAL MERCHANDISE | Dixon  at costs | $350.00 |



$350.00



**Ellen Grauer**
COURT REPORTING
Co LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

Billed To: Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130317AV | 9/3/2013 | 10596HW | 7/17/2013 |
| Case Caption ||||
| Oksana S. Baiul vs. NBC Universal Media, LLC ||||
| Case # ||||
|  ||||
| Witness ||||
| Oksana S. Baiul ||||
| Payment Terms ||||
| Due upon receipt ||||

| Description | Each | Quan | Total |
|---|---|---|---|
| Original + 1 Certified Deposition | $5.25 | 298 | $1,564.50 ✓ |
| Reporter's Appearance (am & pm & evening) | $225.00 | 1 | $225.00 ✗ |
| PM pages | $1.95 | 40 | $78.00 ✓ |
| Complimentary Condensed Transcript & ASCII File | $0.00 | 1 | $0.00 |
|  |  | Sub-Total | $1,867.50 |
|  |  | Payments | $0.00 |
|  |  | Total Due | $1,867.50 |
|  |  | After 11/2/2013 Pay | $2,054.25 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email e_aristy@ellengrauer.com or call 877.727.4230

*$1,642.50*
*÷ 2*
*$821.25*

Federal Tax Id #: 42-1650856

---

*Please detach bottom portion and return with payment.*

Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

| Job No. | 10596HW | Case No. |  |
|---|---|---|---|
| Case Name | Oksana S. Baiul vs. NBC Universal Media, LLC |||
| Invoice No. | 20130317AV | Invoice Date | 9/3/2013 |
| Total Due | $1,867.50 | After 11/2/2013 Pay | $2,054.25 |

**PAYMENT WITH CREDIT CARD**   VISA  MasterCard

Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____ Phone #: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Ellen Grauer Court Reporting**
**126 East 56th Street, Fifth Floor**
**New York, New York 10022**



*Ellen Grauer*
COURT REPORTING
Co., LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

Billed To: Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130457AV | 9/16/2013 | 10887HW | 8/13/2013 |
| Case Caption | | | |
| Oksana S. Baiul vs. NBC Universal Media, LLC | | | |
| Case # | | | |
| | | | |
| Witness | | | |
| Oksana S. Baiul | | | |
| Payment Terms | | | |
| Due upon receipt | | | |

| Description | Quantity | Total |
|---|---|---|
| Original + 1 Certified Deposition | 286 | $1,501.50 ✓ |
| PM pages | 62 | $120.90 ✓ |
| Reporter's Appearance (am & pm & evening) | 1 | $225.00 ✗ |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| | Sub-Total | $1,847.40 |
| | Payments | $0.00 |
| | Total Due | $1,847.40 |
| | After 11/15/2013 Pay | $2,032.14 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email e_aristy@ellengrauer.com or call 877.727.4230

$1,622.40
÷ 2
@ $811.20

Federal Tax Id #: 42-1650856

---

*Please detach bottom portion and return with payment.*

Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

Job No.   10887HW   Case No.
Case Name   Oksana S. Baiul vs. NBC Universal Media, LLC
Invoice No.   20130457AV   Invoice Date   9/16/2013
Total Due   $1,847.40   After 11/15/2013 Pay   $2,032.14

**PAYMENT WITH CREDIT CARD**   VISA

Card Holder's Name _____
VISA/MasterCard #: _____
Exp. Date: _____ Phone #: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022



**Ellen Grauer**
COURT REPORTING
CO LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE (212) 750-6434  FAX (212) 750-1097
www.ELLENGRAUER.com

Billed To: Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130464AV | 9/16/2013 | 10888HW | 8/15/2013 |
| Case Caption | | | |
| Oksana S. Baiul vs. NBC Universal Media, LLC | | | |
| Case # | | | |
| | | | |
| Witness | | | |
| Teresa Guy & Steven Martin | | | |
| Payment Terms | | | |
| Due upon receipt | | | |

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition(Guy) | 81 | $425.25 |
| Original + 1 Certified Deposition(Martin) | 139 | $729.75 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| | Sub-Total | $1,305.00 |
| | Payments | $0.00 |
| | Total Due | $1,305.00 |
| | After 11/15/2013 Pay | $1,435.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email e_aristy@ellengrauer.com or call 877.727.4230

$1155.00
÷ 2
577.50

Federal Tax Id #: 42-1650856

--- Please detach bottom portion and return with payment ---

Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

Remit To: Ellen Grauer Court Reporting
126 East 56th Street, Fifth Floor
New York, New York 10022

| Job No. | 10888HW | Case No. | |
|---|---|---|---|
| Case Name | Oksana S. Baiul vs. NBC Universal Media, LLC | | |
| Invoice No. | 20130464AV | Invoice Date | 9/16/2013 |
| Total Due | $1,305.00 | After 11/15/2013 Pay | $1,435.50 |

**PAYMENT WITH CREDIT CARD**  VISA

Card Holder's Name _____

VISA/MasterCard #: _____

Exp. Date: _____ Phone #: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

## Jay Deitz And Associates, Ltd.
### 3255 Lawson Boulevard
### Oceanside, NY 11572
Phone 516-678-0700   FAX 516-678-4488   Fed. I.D. #11-3129149

TO: TACOPINA, SEIGEL & TURANO, P.C.
275 MADISON AVE.
NEW YORK, NY 10016

Date: 9/30/2013

Phone: (212-883-8833)  new # 212-227-8877

FAX:

## STATEMENT

| Invoice Number | Invoice Date | Caption | Date Taken: | Invoice Amount | Paid Amount | Balance Due |
|---|---|---|---|---|---|---|
| 369281 | 9/9/2013 | OKASANA BAIUL V. NBC | 8/27/2013 | $631.70 | $0.00 | $631.70 |
| 369379 | 9/10/2013 | OKSANA BAIUL VS NBC | 8/28/2013 | $391.45 | $0.00 | $391.45 |
| | | | | **Balance Due** | | **$1,023.15** |

| Current Within 30 Days | 30 Days Over Due | 60 Days Over Due | 90 Days Over Due | 120 Days Over Due | 150 Days Over Due |
|---|---|---|---|---|---|
| $1,023.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

$1,023.15
÷ 2

$511.58



**Ellen Grauer**
COURT REPORTING
Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434  FAX: (212) 750-1097
www.ELLENGRAUER.com

Billed To: Matt DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, 35th Floor
New York, NY 10016

# Invoice

| Invoice # | Invoice Date | Job # | Job Date |
|---|---|---|---|
| 20130641AV | 9/24/2013 | 11097HW | 8/30/2013 |

| Case Caption |
|---|
| Oksana S. Baiul vs. NBC Universal Media, LLC |

| Case # |
|---|
| |

| Witness |
|---|
| Carlo Farina |

| Payment Terms |
|---|
| Due upon receipt |

| Description | Quan. | Total |
|---|---|---|
| Original + 1 Certified Deposition | 238 | $1,249.50 ✓ |
| Reporter's Appearance (am & pm) | 1 | $150.00 ✗ |
| Complimentary Condensed Transcript & ASCII File | 1 | $0.00 |
| | Sub-Total | $1,399.50 |
| | Payments | $0.00 |
| | Total Due | $1,399.50 |
| | *After 11/23/2013 Pay* | *$1,539.45* |

Due upon receipt and is not contingent on client payment.

For billing questions, please email e_aristy@ellengrauer.com or call 877.727.4230

$$\$1,249.50 \div 2$$
$$\overline{\$624.75}$$

Federal Tax Id #: 42-1650856

## Tara Portesy

**From:** Matthew DeOreo
**Sent:** Thursday, January 16, 2014 5:59 PM
**To:** Tara Portesy
**Subject:** FW: Ellen Grauer Court Reporting Co., LLC Customer Receipt/Purchase Confirmation

Matthew DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, FL 35
New York, New York 10016
Tel: 212.227.8877
Fax: 212.619.1028
mdeoreo@tacopinalaw.com
www.tacopinalaw.com

*[Handwritten: $4,411.20 ÷ 2 = $2,205.60]*

**From:** Jady Ortega [mailto:j_ortega@ellengrauer.com]
**Sent:** Thursday, January 16, 2014 5:53 PM
**To:** Matthew DeOreo
**Subject:** Ellen Grauer Court Reporting Co., LLC Customer Receipt/Purchase Confirmation

Thank you for your online purchase from Ellen Grauer Court Reporting. Please find your receipt below documenting your credit card transaction:

## Thank you for your order!

**Order Information**

Merchant:     Ellen Grauer Court Reporting Co., LLC
Description:  10/9/2013 10:00:00 AM,  Carlo Farina, Oksana S. Baiul vs. NBC Universal Media, LLC

Invoice Number: 20130915AV

| Billing Information | Shipping Information |
|---|---|
| Joseph Tacopina | |
| mdeoreo@tacopinalaw.com | |

Total: US $4411.20

Date/Time:      16-Jan-2014 17:52:50 EST
Transaction ID: 5858369887

If you have any questions or concerns about this receipt please call our office at 212-750-6434 Thank you for your business

1

## Tara Portesy

**From:** Matthew DeOreo
**Sent:** Thursday, January 16, 2014 5:58 PM
**To:** Tara Portesy
**Subject:** FW: Ellen Grauer Court Reporting Co., LLC Customer Receipt/Purchase Confirmation

Matthew DeOreo
Tacopina Seigel & Turano, P.C.
275 Madison Avenue, FL 35
New York, New York 10016
Tel: 212.227.8877
Fax: 212.619.1028
mdeoreo@tacopinalaw.com
www.tacopinalaw.com

*[handwritten: $657.75 ÷ 2 = $328.88]*

**From:** Jady Ortega [mailto:j_ortega@ellengrauer.com]
**Sent:** Thursday, January 16, 2014 5:56 PM
**To:** Matthew DeOreo
**Subject:** Ellen Grauer Court Reporting Co., LLC Customer Receipt/Purchase Confirmation

Thank you for your online purchase from Ellen Grauer Court Reporting. Please find your receipt below documenting your credit card transaction:

## Thank you for your order!

Merchant: Ellen Grauer Court Reporting Co., LLC
Description: 8/29/2013 10:00:00 AM, Carlo Farina, Oksana S. Baiul vs. NBC Universal Media, LLC

Invoice Number: 20130637AV

| Billing Information | Shipping Information |
|---|---|
| Joseph Tacopina | |
| mdeoreo@tacopinalaw.com | |

**Total: US $657.75**

Date/Time: 16-Jan-2014 17:55:59 EST
Transaction ID: 5858377428

If you have any questions or concerns about this receipt please call our office at 212-750-6434 Thank you for your business

1

Case 1:13-cv-02208-KBF Document 77 Filed 06/16/15 Page 10 of 14
Case 1:13-cv-02208-KBF Document 76 Filed 06/03/15 Page 25 of 25
Case 1:13-cv-02208-KBF Document 74 Filed 05/28/15 Page 1 of 1

N.Y.S.D. Case #
13-cv-2208(KBF)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand and fifteen.

Oksana S. Baiul, Oksana, Ltd.,

Plaintiffs-Appellants,

v.

Stephen Disson, Disson Skating, LLC,

Defendants-Appellees.

**STATEMENT OF COSTS**

Docket No. 14-1741

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 28, 2015

IT IS HEREBY ORDERED that costs are taxed in the amount of $299.00 in favor of the Defendants-Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court


$0

Catherine O'Hagan Wolfe

ALREADY TAXED
IN USDC/SDNY
DOC # 74.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Catherine O'Hagan Wolfe

CERTIFIED COPY ISSUED ON 05/28/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OKSANA S. BAIUL and OKSANA, LTD,                    Civil Action No.:
                                                    13-cv-02208-KBF
           *Plaintiffs*,

– against –

STEPHEN DISSON and DISSON SKATING, LLC,              ECF CASE

           *Defendants*.
------------------------------------------------------------------X

## DECLARATION OF MATTHEW G. DeOREO

I, MATTHEW G. DeOREO, declare as follows under penalty of perjury:

1. I respectfully submit this Declaration in further support of Defendants STEPHEN DISSON and DISSON SKATING LLC'S Bill of Costs relating to case number 13-cv-02208-KBF.

2. By way of background, Oksana S. Baiul et. al. v. Stephen Disson et. al., Docket No. 13-cv-02208-KBF, and Oksana S. Baiul v. NBC Universal Media, et. al., Docket No. 13-cv-02205-KBF, were not formally consolidated by the Court; however, they were litigated at the same time and had overlapping themes and issues in discovery. Therefore, the parties informally consolidated these two cases for discovery purposes. For example, dual captions were used for discovery papers and depositions transcripts.

3. Exhibit A reflects the Fees to the Clerk for both docket numbers. Only one expense of $350.00 was allocated to said Bill of Costs. This cost is recoupable pursuant to Local Civil Rule 54.1(c)(10).

4. Exhibit B reflects the invoices for each deposition. Regarding the cost of each

deposition, I allocated half of each deposition expense to each case because no deposition was directly related to only one of these cases and the underlying issues and testimony from each witness was directly related and beneficial to both cases. Moreover, I attached the deposition transcript cover page to each invoice to evidence that both cases and docket numbers were on each transcript. This cost is recoupable pursuant to Local Civil Rule 54.1(c)(2) because all of the depositions listed in Exhibit B were used by the Court in ruling on Defendants' motion for summary judgment and were heavily relied upon by the parties in briefing that motion.

5. Exhibit C is the Statement of Costs of the Court of Appeals, which orders taxable costs in the amount of $299.00.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 2, 2015

_____
MATTHEW G. DeOREO

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

OKSANA S. BAIUL and OKSANA, LTD,

                Civil Action No.: 13-cv-02208-KBF

*Plaintiffs*,

– against –

STEPHEN DISSON and DISSON SKATING, LLC,

*Defendants.*
------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
|  | ) ss.: |
| COUNTY OF NEW YORK | ) |

**STACY POWELL**, being sworn, deposes and says:

    I am not a party to this action, am over 18 years of age and reside in **Queens, New York**.

    On June 3, 2015, I served the Bill of Costs and Declaration of Matthew DeOreo, Esq. on:

                Raymond J. Markovich, Esq.
                351 Westbourne Drive
                West Hollywood CA 90048

Chelley E. Talbert, Esq.
NBCUniversal Media LLC
30 Rockefeller Plaza, Rm. 75-625N
New York NY 10112

by sending a true copy of same enclosed in a properly addressed wrapper, addressed as shown into the custody of the United States Postal Service for first class mail delivery prior to the latest time designated by that service such delivery.

Sworn to before me this
June 3rd, 2014

_____
Notary Public

_____
STACY POWELL

**JASON LAMPERT**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 02LA6305644**
**Qualified In New York County**
**My Commission Expires June 09, 2018**